**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

REMBERTO ARELLANO,

Petitioner,

v.

CHRISTOPHER LAROSE, Senior Warden, Otay Mesa Detention Center; et al.,

Respondents.

Case No.: 26cv2196 DMS (MMP)

**ORDER DENYING PETITION**

This case comes before the Court on the Petition for Writ of Habeas Corpus. Respondents filed a Return to the Petition. Petitioner did not file a Traverse. Respondents have since filed a Supplemental Response stating Petitioner is now subject to a final removal order, therefore the Petition should be denied. Respondents also filed a motion to vacate the Court's order restricting Petitioner's transfer out of the District in light of the final removal order.

/ / /

/ / /

/ / /

/ / /

In light of the final removal order, Petitioner is now subject to mandatory detention pursuant to 8 U.S.C. § 1231(a). Because the removal period has not yet expired, Petitioner is not entitled to release. Accordingly, the Petition for Writ of Habeas Corpus is denied.[1]

**IT IS SO ORDERED.**

Dated: June 18, 2026

Hon. Dana M. Sabraw
United States District Judge

[1] Respondents' motion to vacate the Court's order is denied as moot in light of this ruling.